# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ALEXANDER SANCHEZ, JR., <br><br> Petitioner, <br><br> v. <br><br> GIGI MATTESON, Acting Warden, <br><br> Respondent. | Case No. 2:18-cv-02947-DSF-MAA <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation ("Report") of the United States Magistrate Judge.

Further, the Court has engaged in a *de novo* review of those portions of the Report to which Objections have been made. Petitioner's Objections are identical to the arguments he previously raised in the Traverse. (*Compare* ECF No. 19 at 6-41 [Traverse]; *with* ECF No. 27 at 6-41 [Objections]). The Report addressed the arguments that Petitioner raised in the Traverse, to the extent that such arguments were properly raised. The Objections fail to raise new arguments that have not been considered.

IT IS THEREFORE ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: April 22, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE